## SEXTON et al. v. STATE.

No. 17481—Opinion Filed Nov. 16, 1926.

Error from County Court, Pittsburg County; S. F. Brown, Judge.

Action between the State and Jessie L. Sexton and another. From the judgment the latter bring error. Reversed and remanded.

Arnote & Bentley, for plaintiffs in error.

W. E. Gotcher, Co. Atty., for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.

---

## PAYNE et al. v. WOOD.

No. 17489—Opinion Filed Nov. 16, 1926.

Error from District Court, Okfuskee County; John L. Norman, Judge.

Action between W. P. Wood and W. L. Payne et al. From the judgment, the latter bring error. Reversed and remanded.

Arthur Cochran, Logan Stephenson, C. T. Huddleston, and J. B. Patterson. for plaintiffs in error.

Phillips, Douglas & Duling and W. A. Ratterree. for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.